UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY S. P., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. C23-0026 RSM <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

    Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter be remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings.  On remand, the Appeals Council will instruct the hearing office to assign this case to a different Administrative Law Judge, who will offer the claimant the opportunity for a hearing and issue a new decision.  After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

    DATED this 8th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1